

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 14 2023**

JEFFREY P. COLWELL
CLERK

RECEIVED
Mail Room

**FEB 27 2023**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone (303) 844-3433
www.cod.uscourts.gov

February 23, 2022

U.S. District Court for the District of Columbia
ATTN: Clerk's Office
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: USA v. Klete Derik Keller – **1:21-mj-00042-RMM Passport transfer**
   21-mj-42-RMM

To whom it may concern:

Enclosed with this letter, please find the passport for the above-named Defendant which was surrendered to our court on January 15, 2021 (see attached notice) and is being transferred to you pursuant to the Notice to the District of Columbia of Rule 5 Initial Appearance issued in this Court on January 14, 2021.

Please sign acknowledging receipt of passport and return this form to the District of Colorado in the enclosed envelope.

_Laurence Pierre-Louis_                              3/2/2023
Signature/Title  Laurence Pierre-Louis             Date
                 Case Administrator

Regards,

JEFFREY P. COLWELL,
Clerk of Court

By: s/ Chris Thompson
    Deputy Clerk

PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

[✓] **Original Notice**
Date: 01/15/2021
By: s/ A. Garcia Gallegos

[ ] **Notice of Disposition**
Date: _____
By: _____

Defendant: Klete Derik Keller
Date of Birth: ▮▮ 1982
SSN: _____

Case Number: 21-mj-00009-MEH
Place of Birth: Nevada, USA

**Notice of Court Order** (Order Date: 01/14/2021 )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number 532340470 and/or passport card number _____ to the custody of the U.S. District Court on 01/15/2021.

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 13 2023
JEFFREY P. COLWELL
CLERK

CAPITAL DISTRICT 2d8
6 MAR 2023 PM 4 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A ARRAJ COURTHOUSE
901-19TH ST  RM A105
DENVER  CO  80294-3589

80294-3589



ZIP 20001
02 1W
0001399957 MAR 06 2023
US POSTAGE — PITNEY BOWES
$ 000.60°

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES